Andrew P. Valentine
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650-833-2000
Facsimile: 650-833-2001
andrew.valentine@dlapiper.com

*Attorneys for Defendant
Chunghsin Technology Group Co., Ltd. f/k/a
New Century Optronics Co., Ltd.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., | CASE NO.: 3:19-cv-00057-JST |
| Plaintiff, | **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [N.D. CAL. L.R. 6-1(b) and 6-2];** |
| v. | |
| CHUNGHSIN TECHNOLOGY GROUP CO., LTD. f/k/a NEW CENTURY OPTRONICS CO., LTD. | **DECLARATION OF ANDREW P. VALENTINE;** |
| Defendant. | **[PROPOSED] ORDER** |
| | Complaint Filed: January 4, 2019<br>Current Response Date: March 5, 2019<br>New Response Date: April 1, 2019 |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff") and Defendant Chunghsin |
| 3 | Technology Group Co., Ltd. f/k/a New Century Optronics Co., Ltd. ("Defendant") enter into the |
| 4 | following stipulation, pursuant to Local Rules 6-1(b) and 6-2, extending Defendant's time to respond |
| 5 | to Plaintiff's Complaint (the "Complaint") and requesting a short extension to case management |
| 6 | deadlines: |
| 7 | WHEREAS, Plaintiff's Complaint was filed on January 4, 2019; |
| 8 | WHEREAS, Plaintiff contends Defendant was personally served with the Complaint on |
| 9 | January 8, 2019; |
| 10 | WHEREAS, the parties stipulated to an extension of Defendant's time to respond to the |
| 11 | Complaint from January 29, 2019 to February 19, 2019 (*Docket Entry No. 9*); |
| 12 | WHEREAS, the parties stipulated to an second extension of Defendant's time to respond to the |
| 13 | Complaint from February 19, 2019 to March 5, 2019 (*Docket Entry No. 10*); |
| 14 | WHEREAS, since the filing of the second stipulation, the parties have continued to engage in |
| 15 | discussions regarding settlement; |
| 16 | WHEREAS, as part of those discussions, Defendant has agreed not to contest service of |
| 17 | process of the Summons and Complaint; |
| 18 | WHEREAS, the parties have continued to engage in discussions regarding settlement and have |
| 19 | agreed to a third extension of time in accordance with Local Rule 6-1(a) until April 1, 2019 for |
| 20 | Defendant to respond to Plaintiff's Complaint; |
| 21 | WHEREAS, because the stipulated response date falls between currently existing case |
| 22 | management dates, the parties respectfully request that the case management deadlines be continued as |
| 23 | follows, pursuant to Local Rule 6-2: |

| Event | From (current) | To |
|---|---|---|
| LD conduct case management meet and confer per FRCP 26 | March 27, 2019 | **April 24, 2019** |
| LD parties submit Joint CMC Statement | April 10, 2019 | **May 8, 2019** |
| Initial Case Management Conference | April 17, 2019 2:00 p.m. | **May 15, 2019 2:00 pm** |

-1-
THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [N.D. CAL. L.R. 6-1(a) and 6-2]

WHEREAS, the stipulated extension will permit the parties to continue to confer about their claims and defenses in this action and a potential resolution.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING:

1. IT IS HEREBY STIPULATED by and between the parties that, pursuant to Local Rule 6-1(a), Defendant shall have up to and including April 1, 2019 to respond to Plaintiff's Complaint.

2. IT IS FURTHER STIPULATED AND THE PARTIES JOINTLY REQUEST that the current case management deadlines be continued as follows, pursuant to Local Rule 6-2:

| Event | From (current) | To |
|---|---|---|
| LD conduct case management meet and confer per FRCP 26 | March 27, 2019 | **April 24, 2019** |
| LD parties submit Joint CMC Statement | April 10, 2019 | **May 8, 2019** |
| Initial Case Management Conference | April 17, 2019 2:00 p.m. | **May 15, 2019 2:00 pm** |

DATED: March 5, 2019            **BESHADA FARNESE LLP**

By:     s/ Peter J. Farnese
        Peter J. Farnese

**EPSTEIN DRANGEL LLP**

Jason M. Drangel
jdrangel@ipcounselors.com
Ashly E. Sands
asands@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiff,*
*HDMI Licensing Administrator, Inc.*

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: March 5, 2019 | | **DLA PIPER LLP (US)** |
| | | By: <u>s/ Andrew P. Valentine</u> |
| | | Andrew P. Valentine |

2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650-833-2000
Facsimile: 650-833-2001
<u>andrew.valentine@dlapiper.com</u>

*Attorneys for Defendant,*
*Chunghsin Technology Group Co., Ltd. f/k/a New Century Optronics Co., Ltd.*

# DECLARATION OF ANDREW P. VALENTINE

I, Andrew P. Valentine, declare as follows:

1. I am a partner at DLA Piper LLP (US) and represent Defendant Chunghsin Technology Group Co., Ltd. f/k/a New Century Optronics Co., Ltd. in this matter.

2. The parties initially stipulated to an extension of Defendant's time to respond to the Complaint from January 29, 2019 to February 19, 2019 (*Docket Entry No. 9*).

3. The parties subsequently agreed to a second extension extending Defendant's time to respond to the Complaint from February 19, 2019 to March 5, 2019 (*Docket Entry No. 10*).

4. Since the filing of the second stipulation, the parties have continued to engage in discussions regarding settlement.

5. As part of those discussions, Defendant has agreed not to contest service of process of the Summons and Complaint.

6. To allow the parties to continue to engage in discussions regarding settlement, the parties have agreed to a third extension of time, until April 1, 2019, for Defendant to respond to Plaintiff's Complaint. The parties have also stipulated to the revise case management dates contained herein.

7. The purpose of the parties' stipulations are to allow the parties to continue to engage in discussions regarding settlement.

I declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 5th day of March, 2019, at East Palo Alto, California.

ANDREW P. VALENTINE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___March 6___, 2019      _____/s/ signature_____
                                United States District Judge

## **ATTESTATION**

I, Andrew P. Valentine, am the ECF User whose identification and password are being used to file the **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [N.D. CAL. L.R. 6-1(a) AND 6-2]**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jason Drangel, counsel for Plaintiff HDMI Licensing Administrator, Inc., has concurred in this filing.

DATED: March 5, 2019

By: s/ Andrew P. Valentine
Andrew P. Valentine
DLA PIPER LLP (US)

*Attorneys for Defendant,
Chunghsin Technology Group Co., Ltd. f/k/a New Century Optronics Co., Ltd.*