UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHUNGHSIN TECHNOLOGY GROUP CO., LTD., <br><br> Defendant. | Case No. 19-cv-00057-JST <br><br> **ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE** <br><br> Re: ECF No. 22 |

The Court hereby GRANTS Plaintiff's request for counsel from Epstein Drangel LLP to appear by telephone at the conference scheduled for May 15, 2019 at 2:00 p.m. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

**IT IS SO ORDERED.**

Dated: May 7, 2019



JON S. TIGAR
United States District Judge